IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, *Individually and on*            PLAINTIFFS
*Behalf of All Others Similarly Situated*

v.           No. 4:20-cv-00020-LPR

PULASKI COUNTY SPECIAL SCHOOL DISTRICT           DEFENDANT

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Pulaski County Special School District ("District"), by its attorneys, Bequette, Billingsley & Kees, P.A., for its Unopposed Motion for Extension of Time, alleges and states:

1. Plaintiffs filed their Class and Collective Action Complaint ("Complaint") on January 7, 2020. The District's answer is due January 29, 2020.

2. The District requests a short extension of time within which to file its answer or otherwise respond to the Complaint, such that the District's answer will be due on or before Friday, February 7, 2020.

3. The District states that the short extension of time is not sought for purposes of delay but to assure the prompt and efficient administration of justice in this case.

4. Counsel for the District has conferred with Plaintiffs' counsel concerning this request and is authorized to state that said counsel does not oppose the extension of time requested herein.

WHEREFORE, Defendant, Pulaski County Special School District, prays that this Court grant it up to and including February 7, 2020 within which to file its answer or otherwise respond to Plaintiffs' Complaint; and for all other appropriate relief to which the Pulaski County Special School District may be entitled.

Respectfully submitted,

**Jay Bequette**, Ark. Bar No. 87012
**W. Cody Kees**, Ark. Bar No. 2012118
*Attorneys for Defendant*
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
           ckees@bbpalaw.com