IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,**
**and CYNTHIA D'ABADIE** Individually and
on Behalf of All Others Similarly Situated         **PLAINTIFFS**

vs.                              No. 4:20-CV-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT              DEFENDANT**

### DECLARATION OF NORMA L. DIXON

I, Norma L. Dixon, do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Norma L. Dixon, and I am over the age of eighteen (18) and duly qualified to execute this declaration

2. I am a resident and domiciliary of the State of Arkansas.

3. I was employed by Defendant Pulaski County Special School District to work as a non-exempt contract employee in the State of Arkansas within the three (3) years just before the filing of this lawsuit.

4. Specifically, I was employed by Defendant as a non-exempt contract employee on or after January 7, 2017. I am personally familiar with other non-exempt contract employees employed by Defendant in the State of Arkansas because I met with some during the course of performing my job duties.

5. Defendant's primary business is providing free and appropriate public educations to its attendees in central Arkansas and the surrounding geographic region.

6. Defendant paid me and all other non-exempt contract employees a varying rate

based in part on how many hours Defendant chose not to pay in each pay period.

7. Defendant called this practice of paying a varying rate and set amount per pay period "pro-rating."

8. My duties for Defendant included assisting the District in providing a free and appropriate public education to its attendees as required by Defendant as well as keeping records, administering programs, answering phone calls, and otherwise performing a wide variety of tasks on behalf of Defendant as needed.

9. These duties are the same duties performed by all non-exempt contract employees, including those that are or were "pro-rated." I know this because public education is the exact business that Defendant engages in.

10. These duties required me to work more than forty (40) hours per week. Due to the nature of the job, non-exempt contract employees have been and are often required to work more than forty (40) hours per week. It is common for a non-exempt contract employee to work more than forty (40) hours.

11. I was not paid overtime wages of one and one-half (1.5) times my regular hourly rate for all of the hours I worked in excess of forty (40).

12. My wage was contracted to be an hourly wage, but I was paid a blended-rate in violation of the contract that varied based on how much time the District took away each bi-weekly period.

13. At times, I worked in excess of the forty-hours per week and did not receive any additional compensation for overtime wages.

14. I have spoken with other non-exempt contract employees who, at the time, reported not receiving the proper amounts of pay from our same employer and some of whom were pro-rated.

15. The contract that resulted in not paying the lawful rate for all hours worked for me and other non-exempt contract employees was the District-wide contract common to all non-exempt contract employees. I know this because I have seen other employees contracts that look just like mine, and because the District told us that.

16. I do not know the exact number of people who were subject to Defendant's contract requiring overtime work without lawful overtime pay; however, I believe the group exceeds 100 persons.

17. Based on my experience and conversations with other non-exempt contract employees for Defendant, I believe that many other non-exempt contract employees would be interested in participating in this lawsuit.

18. The District used cell phones for communication with all or almost all of the non-exempt contract employees on a regular basis.

19. My primary method of communication with the District was through the use of my cell phone.

20. I don't recall working with any non-exempt contract employees who did not carry and use a cellular device.

DocuSign Envelope ID: 7A8EBED8-D6DC-4590-88B1-58E492ADB673

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

5/6/2020 | 10:21:00 AM CDT

Executed on this ____ day of _____, 2020.

*Norma Dixon*

_____
**Norma L. Dixon**