**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **YOLANDA RICHARDS, NORMA L. DIXON,** **and CYNTHIA D'ABADIE**, *Individually and on* *Behalf of All Others Similarly Situated* | | **PLAINTIFFS** |
| **v.** | **No. 4:20-cv-00020-LPR** | |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT** | | **DEFENDANT** |

## NOTICE OF COMPLIANCE

Defendant, Pulaski County Special School District, hereby files this Notice of Compliance with the Court's directives in its Order dated August 12, 2020 (ECF Doc. 17) by providing the requested information in Excel format to counsel for Plaintiffs on August 18, 2020.

    Respectfully submitted,

    BEQUETTE, BILLINGSLEY & KEES, P.A.
    425 West Capitol Avenue, Suite 3200
    Little Rock, AR 72201-3469
    Phone: (501) 374-1107
    Fax: (501) 374-5092
    Email: jbequette@bbpalaw.com
    Email: ckees@bbpalaw.com

    By:    **Cody Kees**
        Jay Bequette, Ark. Bar #87012
        W. Cody Kees, Ark. Bar #2012118