IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated                                      PLAINTIFFS

vs.                                        No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                                       DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[✓]   I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

*Kameela Robinson* (signature)
SIGNATURE

1720 E Lee Ave
Mailing Address

Kameela Robinson
PRINTED NAME

Sherwood, AR 72020
City, State and Zip

Date: Aug 31, 2020

Kameela tw3@yahoo.com
Email Address

501-412-9781
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated                                     PLAINTIFFS

vs.                              No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                                      DEFENDANT

### CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[X]  I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]  I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]  I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Diane Smith_
SIGNATURE

_1204 Eastview Dr._
Mailing Address

_Diane Smith_
PRINTED NAME

_Jacksonville, Ar 72076_
City, State and Zip

Date: _8/30_, 2020

_drueations1204a@yahoo.com_
Email Address

_501-563-4806_
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated                                              PLAINTIFFS

vs.                                         No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                              DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[✓] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Byeicha D. Elliott_
SIGNATURE

_Byeicha Elliott_
PRINTED NAME

Date: _31, August_, 2020

_14133 Shady Lane_
Mailing Address

_NLR, AR 72118_
City, State and Zip

_eichaladd2014@gmail.com_
Email Address

_(870) 872-3205_
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFFS

vs.                                    No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                                     DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[✓] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

*Connie D Kendrick*
SIGNATURE

Connie D. Kendrick
PRINTED NAME

Date: 8/31, 2020

15407 Rena Rd
Mailing Address

Little Rock AR 72206
City, State and Zip

CDKendrick.ck@gmail.com
Email Address

501-475-5484
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated                                          **PLAINTIFFS**

vs.                                           No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                                       **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[✓] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Brenda M Moss_
SIGNATURE

_Brenda M Moss_
PRINTED NAME

Date: _09-02_, 2020

_114 Tenkiller DR._
Mailing Address

_Sherwood, AR. 72120_
City, State and Zip

_Sharlow.brenda0104@gmail.com_
Email Address

_501-487-8123_
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFFS

vs.                                 No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                                     DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[✓] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Clarence Smith_
SIGNATURE

PO Box 505
Sweet Home AR 72164
Mailing Address

_Clarence Jr Smith_
PRINTED NAME

City, State and Zip

Date: 9.1.20 , 2020

Smith13901@gmail.com
Email Address

501.475.8496
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,**
**and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated                                              **PLAINTIFFS**

vs.                                        No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[✓]  I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]  I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]  I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

SIGNATURE: _[signed]_

PRINTED NAME: DANNY S. BRYAN

Date: 9/1, 2020

Mailing Address: 20411 Lakeshore Cv.

City, State and Zip: Hensley, AR 72065

Email Address: dbryan1322@gmail.com

Telephone: 501-425-4625

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**