IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,**
**and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated **PLAINTIFFS**

vs.                                No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**        **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[✓] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Eldric Kendrick_
SIGNATURE

_Eldric Kendrick_
PRINTED NAME

Date: _9-1-_, 2020

_11513 Ponderosa Dr._
Mailing Address

_Little Rock, Ar, 72209_
City, State and Zip

_erKendrick61@gmail.com_
Email Address

_501-563-4338_
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated                    **PLAINTIFFS**

vs.                                    No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[X]   I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

RANDY BROWN
SIGNATURE

Randy Brown
PRINTED NAME

Date: 8/5, 2020

6707 ONYX DR
Mailing Address

Little Rock, 72209
City, State and Zip

fieldsgtbrown@gmail.com
Email Address

501-813-2956
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,**
**and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated                                         **PLAINTIFFS**

vs.                                          No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[X] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

*Barbara Walker*
SIGNATURE

*Barbara Walker*
PRINTED NAME

Date: 8/30, 2020

5718 Carlyle Drive
Mailing Address

Little Rock, AR 72209
City, State and Zip

Shorterbboss@yahoo.com
Email Address

501-565-2828
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated                                **PLAINTIFFS**

vs.                                  No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[X] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_James Newton Jr._
SIGNATURE

_James Newton Jr._
PRINTED NAME

Date: 8/31/2020

Po Box 1481
Mailing Address

LR, AR 72203
City, State and Zip

Jcnowden@gmail.com
Email Address

501 566 4858
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,**
**and CYNTHIA D'ABADIE,** Individually and on
Behalf of All Others Similarly Situated                                **PLAINTIFFS**

vs.                                    No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[X]   I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_(signature)_
SIGNATURE

Dedrick Harris
PRINTED NAME

Date: Aug 31, 2020

317 Ray Road Jacksonville AR 72076
Mailing Address

Jacksonville AR 72076
City, State and Zip

dharris1971@yahoo.com
Email Address

501-777-0107
Telephone

### IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,**
**and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated                                    **PLAINTIFFS**

vs.                                  No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                 **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[X] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Anthony Phillips_
SIGNATURE

Anthony Phillips
PRINTED NAME

Date: 9-8-20, 2020

2731 Quebec Dr
Mailing Address

Little Rock AR, 72204
City, State and Zip

Ant-Phil.ss@gmail.com
Email Address

501-349-3483
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated                                                    **PLAINTIFFS**

vs.                                              No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                                **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[✓]   I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_____
SIGNATURE

Audriona Roy
PRINTED NAME

Date: 9/9, 2020

325 Clint Rd # B
Mailing Address

Jacksonville, AR 72076
City, State and Zip

Mroy87084@gmail.com
Email Address

501-519-3851
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated

PLAINTIFFS

vs.   No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT            DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[✓]   I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

Charles Anderson
SIGNATURE

6160 Saddle Hill Dr.
Mailing Address

Charles Anderson
PRINTED NAME

Alexander, AR, 72002
City, State and Zip

Date: Sept 8, 2020

Charles.Anderson644@yahoo.com
Email Address

501-412-3013
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFFS

vs.                          No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT              DEFENDANT

### CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[X] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

SIGNATURE: *Shavanda Herron*

PRINTED NAME: Shavanda Herron

Date: 8-4, 2020

Mailing Address: PO Box 268

City, State and Zip: England AR. 72046

Email Address: SISherron@yahoo.com

Telephone: 801-842-4485

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**