IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,**
**and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated                               **PLAINTIFFS**

vs.                                    No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                  **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[X]   I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

Chanda Swin
SIGNATURE

7708 Standish Rd
Mailing Address

Chanda Swinson
PRINTED NAME

Little Rock AR 72204
City, State and Zip

Date: 9/14, 2020

chanda.swinson@gmail.com
Email Address

501 541-1177
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,**
**and CYNTHIA D'ABADIE,** Individually and on
Behalf of All Others Similarly Situated                                  **PLAINTIFFS**

vs.                                    No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[✓] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Aletha Taylor_
SIGNATURE

_Aletha Taylor_
PRINTED NAME

Date: _9/15_, 2020

_7 Turtle Creek CT._
Mailing Address

_Sherwood Ar. 72120_
City, State and Zip

_Lee.Taylor1960@yahoo.com_
Email Address

_501-352-3194_
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated                                          **PLAINTIFFS**

vs.                                     No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                                       **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[X]   I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

*Judy Kendall*
SIGNATURE

*Judy Kendall*
PRINTED NAME

Date: 9-5, 2020

4924 Gum Springs Rd
Mailing Address

Little Rock, Ar 72209
City, State and Zip

JKroyalcrown@Icloud.com
Email Address

501-565-5117
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated                                     PLAINTIFFS

vs.                                  No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                              DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[✓]  I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]  I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]  I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Ellen Murphy_
SIGNATURE

_Ellen Murphy_
PRINTED NAME

Date: _9/16_, 2020

Mailing Address: _3340 Brundle Court_

City, State and Zip: _Sherwood AR 72120_

Email Address: _emurphy@pcssd.org_

Telephone: _(501) 412-2399_

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated                                   **PLAINTIFFS**

vs.                                     No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[✓] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Alfred Mitchell_
SIGNATURE

_Alfred Mitchell_
PRINTED NAME

Date: _9-8-_, 2020

_P.O. Box 233 North Little Rock_
Mailing Address

_ARK 72115_
City, State and Zip

_biggdoggam@gmail.com_
Email Address

_501-218-5999_
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**