IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated                                                                    **PLAINTIFFS**

vs.                                                  No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[✓]   I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_____                   157 Rolling Oaks Dr.
SIGNATURE                                                Mailing Address

Charleston Weaver                                  Maumelle, Ar 72113
PRINTED NAME                                           City, State and Zip

                                                              weaver_charleston@yahoo.com
Date: 9-22, 2020                                        Email Address
                                                              501-590-7248
                                                              Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated                                           PLAINTIFFS

vs.                                             No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                                            DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[X] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

Kayla Evans
SIGNATURE

4000 Holy Ridge Rd.
Mailing Address

Kayla Evans
PRINTED NAME

Traskwood, AR 72167
City, State and Zip

Date: 9/28, 2020

Danielandkayla2007@yahoo.com
Email Address

501-672-9072
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated

**PLAINTIFFS**

vs.                                No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages:

Check one:

[✓]   I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Curtis Lang_
SIGNATURE

_Curtis LANG_
PRINTED NAME

Date: _Sept 21_, 2020

6956 White OAK Way
Mailing Address

North Little Rock, AR 72117-2320
City, State and Zip

Curtis.Lang@gmail.com
Email Address

1-501-707-8760
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated                             PLAINTIFFS

vs.                                 No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                              DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was a [exempt] contract employee for the Pulaski County Special School District on or after January 7, [____] and this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages.

Check one:

[✓]  I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]  I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]  I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Lawayne Ealy_
SIGNATURE

_LAWAYNE Ealy_
PRINTED NAME

Date: _9 26 20_, 2020

_6720 gates Lane_
Mailing Address

_Sweet Home Ark 72206_
City, State and Zip

Email Address

_501 3104667_
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated

PLAINTIFFS

vs.                                  No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT

DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards for unpaid wages:

Check one:

[X] I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ] I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ] I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

Albert Bass
SIGNATURE

P.O Box 1095 north L.R Ark 72115
Mailing Address

Albert BASS
PRINTED NAME

North L.R.Ark
City, State and Zip

Date: 1-7-2017, 2020

Email Address

501-708-7094
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE RETURNED BY: OCTOBER 23, 2020**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFFS

vs.                                     No. 4:20-cv-020

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                                      DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was a non-exempt contract employee for the Pulaski County Special School District on or after January 7, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>:

Check one:

[ ]   I consent to becoming a party-plaintiff in this lawsuit, and I agree to be represented by Plaintiffs' attorney, Mr. Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock AR 72114; Telephone: (501) 891-6000; Email: chris@wh.law.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, but I do not agree to have Plaintiff's attorney represent me and I intend to consult with other counsel. My counsel will file a motion to represent me and be added to the case by October 23, 2020.

[ ]   I consent to becoming a party-plaintiff in this lawsuit, and I will represent myself.

_Walter H Ballard_
SIGNATURE

_Walter H. Ballard_
PRINTED NAME

Date: _Sept. 21_, 2020

_26 Falcon Dr._
Mailing Address

_Sherwood, AR 72120_
City, State and Zip

_BallardWalter2001@Gmail.com_
Email Address

_501-680-1535_
Telephone

**IF YOU WANT TO JOIN THIS LAWSUIT, CONSENT MUST BE
RETURNED BY: OCTOBER 23, 2020**