# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,**
**and CYNTHIA D'ABADIE,** *Individually and on* **PLAINTIFFS**
*Behalf of All Others Similarly Situated*

v.                          No. 4:20-cv-00020-LPR

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                **DEFENDANT**

## JOINT MOTION FOR CONTINUANCE OF CERTAIN DEADLINES

Comes now the parties, by and through their attorneys, and for their Joint Motion for Continuance of Certain Deadlines, states:

1. This is a collective action case related to contested pay and overtime. Plaintiffs were granted conditional certification of a collective action on August 12, 2020. (Dkt. 17).

2. The discovery deadline was November 6, 2020, with a dispositive motion deadline of December 7, 2020 and a trial date of April 5, 2020. (Dkt. 11).

3. The first members joined the collective action on September 4, 2020 (Dkt. 21) and final members only joined the collection action on November 9, 2020, by agreement. (Dkt. No. 28).

4. There are 56 opt-in Plaintiffs to the collective action, For each member of the collective action who has opt-ed in, by agreement of the parties pursuant to discovery propounded prior to the close of the discovery deadline, PCSSD is providing personnel records and time records for a five-year period. PCSSD is still gathering and providing this information for each member of the collective action. This effort has been delayed because personnel files are only stored in paper files. Furthermore, PCSSD offices are currently closed due to a Covid-19 shutdown lasting

until at least November 30, 2020, although some members of the payroll department are on site to handle the upcoming District-wide payroll.

5. PCSSD believes all payroll and time records for all 56 collective action members will be provided by next week.

6. Thereafter, both parties will have a better understanding of the damages in this case, if any, as much of the case hinges on the time and payroll records yet to be fully reviewed.

7. Defendants have agreed to discuss potential resolution of the case when all records are reviewed, including mediation.

8. The parties believe a sixty (60) day extension of the discovery deadline and motion deadline is necessary, and this would allow for the case to still proceed to trial by April 5, 2020. However, the parties have no issue with a continuance of all dates.

9. This request is not to delay but so necessary documents can be reviewed and the parties given an opportunity to assess verification before looming deadlines.

WHEREFORE, the parties pray for the continuance of certain deadlines as described above.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

By:   *W. Cody Kees*
     Jay Bequette, Ark. Bar #87012
     W. Cody Kees, Ark. Bar #2012118

*Attorneys for Defendant*

And

Christopher Burks
WH LAW, PLLC
1 Riverfront Dr., Ste. 745
North Little Rock, AR 72114
Phone: (501) 514-6194
Email: chris@whlawoffices.com

By: ***Chris W. Burks***
      Chris W. Burks, Ark. Bar #2010207

*Attorneys for Plaintiffs*

3