IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE**, Individually and on
Behalf of All Others Similarly Situated          **PLAINTIFFS**

vs.                              No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**          **DEFENDANT**

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiffs. The parties are in the process of finalizing settlement terms and expect to file the necessary settlement and dismissal papers with the Court within thirty (30) days from the filing of this Notice of Settlement.

Respectfully submitted,
**YOLANDA RICHARDS,
NORMA L. DIXON, and
CYNTHIA D'ABADIE.
PLAINTIFFS**

WH Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:   */s/ Chris Burks*
      Chris W. Burks (ABN: 2010207)
      chris@wh.law