

## wh Law | We Help

1 Riverfront Place, STE 745
North Little Rock, AR 72114
contact@wh.law
wh.Law
O: 501.891.6000
F: 501.222.3027

## Statement of Case

| | |
|---|---|
| Issue Date | Aug 11, 2021 |
| Matter | MAT-2003029542 |
| Client | Norma L. Dixon |
| Email | safari817@sbcglobal.net |

### Billed To:

Norma L. Dixon
PO Box 15846
Little Rock, 72231

### Billable Time Entries

| Date | Time entry Description | Billed By | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/11/21 | Call with client re mediation. | Sara Cowie | $85.0 | 0.1 | $8.50 |
| 02/12/21 | Call with client re mediation scheduled for 3/1/21 | Sara Cowie | $85.0 | 0.1 | $8.50 |
| 02/12/21 | Damages calculations | Chris Burks | $275.0 | 5.4 | $1,485.00 |
| 02/17/21 | Reviewed opt-in versus spreadsheet to determine records, reviewed spreadsheet for damages in what categories. | Sara Cowie | $85.0 | 1.0 | $85.00 |
| 02/17/21 | Obtaining payroll records for 7 class members not provided from o/c, savings records to Litify, adding class members to spreadsheet, calculating damages. | Sara Cowie | $85.0 | 1.2 | $102.00 |
| 02/22/21 | Mediation letter and explanatory materials to mediator | Chris Burks | $275.0 | 2.7 | $742.50 |
| 02/26/21 | Email Zoom link to clients for mediation. | Sara Cowie | $85.0 | 0.1 | $8.50 |
| 02/26/21 | Email to clients explaining mediation for 3/1/21. | Sara Cowie | $85.0 | 0.1 | $8.50 |
| 03/01/21 | Mediation at Hamlin dispute resolution | Chris Burks | $275.0 | 6.8 | $1,870.00 |
| 04/21/20 | Reviewed case file; proof-read Complaint | Logan Mustain | $150.0 | 1.45 | $217.50 |

| Date | Description | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/22/20 | Reviewed emails to get caught up on facts and posture of the case | Logan Mustain | $150.0 | 0.45 | $67.50 |
| 04/22/20 | MCA and Exhibits | Logan Mustain | $150.0 | 2.75 | $412.50 |
| 04/23/20 | Drafted Exhibits for MCA | Logan Mustain | $150.0 | 1.48 | $222.00 |
| 04/23/20 | Drafted Exhibit 7, MCA, and MCA BIS | Logan Mustain | $150.0 | 3.3 | $495.00 |
| 04/24/20 | Declaration in Support of MCA | Chris Burks | $275.0 | 0.8 | $220.00 |
| 04/28/20 | Declarations in support of MCA | Chris Burks | $275.0 | 0.6 | $165.00 |
| 04/28/20 | PDF'ed and sent Client Ex. 7 to review, sign and send back | Logan Mustain | $150.0 | 0.37 | $56.00 |
| 04/28/20 | 26(f) report; e-filed | Chris Burks | $275.0 | 0.7 | $192.50 |
| 03/10/21 | Draft of settlement agreement. | Sara Cowie | $85.0 | 0.35 | $29.75 |
| 03/11/21 | Second draft of settlement agreement. | Sara Cowie | $85.0 | 1.0 | $85.00 |
| 03/17/21 | Reviewed damages spreadsheet - added plaintiffs with no 103 damages. | Sara Cowie | $85.0 | 0.4 | $34.00 |
| 04/28/21 | Email to o/c re settlement. | Sara Cowie | $85.0 | 0.12 | $10.20 |
| 05/18/21 | Call with client Norma Dixon to explain settlement process | Chris Burks | $275.0 | 0.5 | $137.50 |
| 05/20/21 | Receipt of def signed settlement agreement, email to clients for signature of same. | Sara Cowie | $85.0 | 0.12 | $10.20 |
| 05/24/21 | Receipt of signed agreement from one Plf. Email to 2 PLFs via DocuS. | Sara Cowie | $85.0 | 0.15 | $12.75 |
| 05/27/21 | Call to clients, receipt of 2nd signed settlemetn. | Sara Cowie | $85.0 | 0.1 | $8.50 |
| 06/10/21 | Meeting with Norma Dixon re settlement and next steps in case | Chris Burks | $275.0 | 1.1 | $302.50 |
| 06/30/21 | Call with Norma Dixon re signing agreement. | Sara Cowie | $85.0 | 0.2 | $17.00 |
| 07/01/21 | Email to Norma Dixon re agreement. | Sara Cowie | $85.0 | 0.2 | $17.00 |
| 07/06/21 | Receipt of settlement agreement, email to o/c. | Sara Cowie | $85.0 | 0.25 | $21.25 |
| 07/07/21 | Motion and BIS of settlement; declaration re the same | Chris Burks | $275.0 | 3.2 | $880.00 |
| 07/09/21 | Email to o/c, rtr filed docs, emails to clients. | Sara Cowie | $85.0 | 0.35 | $29.75 |
| 07/09/21 | Settlement agreement; filed with Court | Chris Burks | $275.0 | 0.7 | $192.50 |

| Date | Description | Person | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/09/21 | RTR filed docs, email to clients. | Sara Cowie | $85.0 | 0.3 | $25.50 |
| 08/05/21 | Email to client. | Sara Cowie | $85.0 | 0.1 | $8.50 |
| 04/29/20 | saved filed docs to matter; email to client | Hannah Acred | $85.0 | 0.2 | $17.00 |
| 04/30/20 | saved filed docs to matter; email to client; set task for cwb to review | Hannah Acred | $85.0 | 0.2 | $17.00 |
| 05/05/20 | saved filed docs to matter, emailed filed docs to client, review final scheduling order to make sure we had dates correct in file | Hannah Acred | $85.0 | 0.3 | $25.50 |
| 05/06/20 | Slight changes to Ex. 7; logged in to Docusign for first time; sent Ex. 7 to Client for signature. | Logan Mustain | $150.0 | 1.0 | $150.00 |
| 05/06/20 | phone call with client-trans to Logan | Kayla Marple | $85.0 | 0.1 | $8.50 |
| 05/06/20 | Received signed Ex. 7 and added to file | Logan Mustain | $150.0 | 0.3 | $45.00 |
| 06/18/20 | phone call with client re question; set task for beau | Hannah Acred | $85.0 | 0.1 | $8.50 |
| 06/29/20 | emailed client regarding questions. | Beau Duty | $85.0 | 0.15 | $12.75 |
| 07/16/20 | Motion for Collective action and brief in support | Chris Burks | $275.0 | 2.8 | $770.00 |
| 07/16/20 | Brief In Support of MCA | Chris Burks | $275.0 | 1.3 | $357.50 |
| 07/17/20 | saved filed docs to matter; set task for attonrey | Hannah Acred | $85.0 | 0.3 | $25.50 |
| 07/23/20 | RTR filed docs and emailed to client | Logan Mustain | $150.0 | 0.2 | $30.00 |
| 08/06/20 | Notice of default as to Motion | Chris Burks | $275.0 | 1.9 | $522.50 |
| 08/07/20 | RTR filed docs; added to file and emailed to client | Logan Mustain | $150.0 | 0.1 | $15.00 |
| 08/07/20 | Order granting class | Chris Burks | $275.0 | 1.2 | $330.00 |
| 08/13/20 | RTR filed docs; added to file and emailed to client | Logan Mustain | $150.0 | 0.1 | $15.00 |
| 08/14/20 | Revised notice per Court order | Chris Burks | $275.0 | 0.6 | $165.00 |
| 08/20/20 | RTR filed docs; added to file and emailed to client | Logan Mustain | $150.0 | 0.1 | $15.00 |
| 08/25/20 | Editing Notice and Consent per Court order; sending to third-party admin for mailing | Chris Burks | $275.0 | 1.2 | $330.00 |

| Date | Description | Person | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/31/20 | phone call with plaintiff tosha robinson; transferred to team | Hannah Acred | $85.0 | 0.1 | $8.50 |
| 09/01/20 | communicated with pnc's on whether they want to opt in or out. | Beau Duty | $85.0 | 0.45 | $38.25 |
| 09/01/20 | phone call with opt in plaintiff; transfered to team | Hannah Acred | $85.0 | 0.1 | $8.50 |
| 09/01/20 | retrieved answers to basic questions from pncs and shared with the paras. | Beau Duty | $85.0 | 0.15 | $12.75 |
| 09/02/20 | Returned call to Cynthia Dabadie | Logan Mustain | $150.0 | 0.4 | $60.00 |
| 09/02/20 | talked with pnc and let her know she can join in the lawsuit she just needs to send the form over. | Beau Duty | $85.0 | 0.2 | $17.00 |
| 09/02/20 | Uploaded consent to join, put info into master list, set bwd task | Beth Lacy | $75.0 | 0.3 | $22.50 |
| 09/03/20 | phone call with opt in plaintiff | Hannah Acred | $85.0 | 0.2 | $17.00 |
| 09/03/20 | Uploaded 3 consent to join, set task for bwd | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 09/04/20 | Uploaded Smith (C.), Bryan and Moss consent to join in master list saved to docs from client 9/4, set task for BWD | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 09/04/20 | Requests for Production of Documents | Chris Burks | $275.0 | 1.9 | $522.50 |
| 09/08/20 | RTR filed docs; added to file and emailed to client | Logan Mustain | $150.0 | 0.1 | $15.00 |
| 09/08/20 | phone call with opt in plaintiff | Hannah Acred | $85.0 | 0.2 | $17.00 |
| 09/08/20 | Uploaded 5 consent to join, set task for BWD. | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 09/09/20 | Uploaded 2 consent to joins, set task for BWD | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 09/10/20 | Added new pncs to client list of plaintiffs and updated tasks. | Beau Duty | $85.0 | 0.85 | $72.25 |
| 09/11/20 | Uploaded 3 consents to join | Beth Lacy | $75.0 | 0.1 | $7.50 |
| 09/11/20 | emailed plaintiffs the RFPs and ROGs | Beau Duty | $85.0 | 0.9 | $76.50 |
| 09/14/20 | client had questions regarding her ROGs and RFPs | Beau Duty | $85.0 | 0.25 | $21.25 |
| 09/15/20 | contacted pnc and set task to send consent to join form | Beau Duty | $85.0 | 0.2 | $17.00 |

| Date | Description | Person | Rate | Hours | Total |
|---|---|---|---|---|---|
| 09/15/20 | talked with client about consent to join and possible additional claims. | Beau Duty | $85.0 | 0.25 | $21.25 |
| 09/15/20 | updated the master list with new clients. | Beau Duty | $85.0 | 0.35 | $29.75 |
| 09/15/20 | E-file CTJs received on case | Chris Burks | $275.0 | 0.3 | $82.50 |
| 09/16/20 | RTR filed docs; added to file and emailed to client | Logan Mustain | $150.0 | 0.1 | $15.00 |
| 09/16/20 | pnc wanted to know if she was eligible to join. | Beau Duty | $85.0 | 0.2 | $17.00 |
| 09/16/20 | phone call with potential opt in | Hannah Acred | $85.0 | 0.2 | $17.00 |
| 09/17/20 | returned pnc calls regarding consent to join forms | Beau Duty | $85.0 | 0.35 | $29.75 |
| 09/17/20 | scanned in some of the discovery docs from Norma | Beau Duty | $85.0 | 0.5 | $42.50 |
| 09/21/20 | Mailed a consent to join form to potential pnc | Beau Duty | $85.0 | 0.25 | $21.25 |
| 09/23/20 | Worked on retrieving consent to join forms | Beau Duty | $85.0 | 0.35 | $29.75 |
| 09/24/20 | updated the master list with new plaintiffs and communicated with pncs | Beau Duty | $85.0 | 0.4 | $34.00 |
| 09/24/20 | RTR filed docs; added to file and emailed to client | Logan Mustain | $150.0 | 0.1 | $15.00 |
| 09/24/20 | Uploaded two consent to join, set task for BWD | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 09/25/20 | converted three of the documents to proper format and uploaded to disc of record. | Beau Duty | $85.0 | 2.0 | $170.00 |
| 09/25/20 | Sent the discovery requests from oc to the second round of plaintiffs and made an excel file to track the progress. Updated some of the response drafts and responded to plaintiffs emails. | Beau Duty | $85.0 | 1.5 | $127.50 |
| 09/25/20 | phone call with potential opt in | Hannah Acred | $85.0 | 0.1 | $8.50 |
| 09/28/20 | Call with Connie Kendrick to get docs mailed to her. Her email wont open the docs in word or PDF | Meghan Gardner | $75.0 | 0.1 | $7.50 |
| 09/28/20 | worked on the RFP Documents from Dixon and D'abadie | Beau Duty | $85.0 | 1.2 | $102.00 |
| 09/28/20 | Uploaded consent to join | Beth Lacy | $75.0 | 0.1 | $7.50 |
| 09/29/20 | Added the responses for plaintiff Danny Bryan to the correct format for ROGs and RFPs | Beau Duty | $85.0 | 0.35 | $29.75 |

| Date | Description | Person | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/29/20 | updated the master list with new clients | Beau Duty | $85.0 | 0.25 | $21.25 |
| 09/29/20 | mailed the ROGs and RFPs to one of the clients | Beau Duty | $85.0 | 0.25 | $21.25 |
| 09/30/20 | Called all of the clients that need to fill out discovery and left voicemails or updated them on what to do. | Beau Duty | $85.0 | 0.9 | $76.50 |
| 09/30/20 | Returned phone call to Byeicha Elliott | Logan Mustain | $150.0 | 0.1 | $15.00 |
| 10/01/20 | emailed Norma a link to meet with CWB and also called one of the other plaintiffs to aid with discovery responses. | Beau Duty | $85.0 | 0.3 | $25.50 |
| 10/01/20 | scan in large paper discovery documents | Beau Duty | $85.0 | 1.0 | $85.00 |
| 10/01/20 | upload paper discovery | Beau Duty | $85.0 | 2.0 | $170.00 |
| 10/02/20 | uploaded the rest of the oversized paper discovery | Beau Duty | $85.0 | 0.3 | $25.50 |
| 10/02/20 | mailed a consent to join form to pnc | Beau Duty | $85.0 | 0.25 | $21.25 |
| 10/02/20 | phone call with potential opt in plaintiff | Hannah Acred | $85.0 | 0.1 | $8.50 |
| 10/02/20 | added Mrs Elliot's rog responses to the proper format and uploaded to litify. Updated tasks and disc record. | Beau Duty | $85.0 | 0.4 | $34.00 |
| 10/02/20 | Uploaded consent to join | Beth Lacy | $75.0 | 0.1 | $7.50 |
| 10/05/20 | added new client to the master list. | Beau Duty | $85.0 | 0.2 | $17.00 |
| 10/05/20 | mailed consent to join to Karron Kendrick and called the first round of ROGs to remind them to turn in answers. | Beau Duty | $85.0 | 0.5 | $42.50 |
| 10/06/20 | spoke with Connie (client) she may want to be removed from the case. | Beau Duty | $85.0 | 0.2 | $17.00 |
| 10/07/20 | sent ROGs and RFPs to the third round of clients and updated the files. Mailed two of them and reminded round 2 clients to send in answers. | Beau Duty | $85.0 | 1.0 | $85.00 |
| 10/07/20 | Uploaded William Boykin and Tasha Robinson consent to join set BWD task | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 10/07/20 | RFPs to OC | Chris Burks | $275.0 | 3.1 | $852.50 |
| 10/08/20 | RTR filed docs; added to file and emailed to client | Logan Mustain | $150.0 | 0.1 | $15.00 |

| Date | Description | Person | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/08/20 | worked on getting documents in proper format for email. | Beau Duty | $85.0 | 0.8 | $68.00 |
| 10/08/20 | added the new clients to the list | Beau Duty | $85.0 | 0.25 | $21.25 |
| 10/08/20 | updated the discovery responses for five of the plaintiffs | Beau Duty | $85.0 | 1.5 | $127.50 |
| 10/08/20 | Interrogatory and RFP Responses | Chris Burks | $275.0 | 6.2 | $1,705.00 |
| 10/08/20 | Uploaded Karron Kendrick and Stephanie McDonald's consent to join, set BWD task | Beth Lacy | $75.0 | 0.1 | $7.50 |
| 10/09/20 | updated client list and the tasks | Beau Duty | $85.0 | 0.35 | $29.75 |
| 10/09/20 | talked with, received, and downloaded discover responses for Ellen Murphy | Beau Duty | $85.0 | 0.25 | $21.25 |
| 10/12/20 | Uploaded belinda jackson to master list saved in docs folder 10/12 | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 10/13/20 | uploaded new clients and requested ROGs etc from the existing clients. talked with Walter Ballard and retrieved pertinent answers. | Beau Duty | $85.0 | 1.0 | $85.00 |
| 10/13/20 | Uploaded Montgomery Jamaal consent to join, set task for BWD | Beth Lacy | $75.0 | 0.1 | $7.50 |
| 10/14/20 | drafted and worked on discovery for the second round of interrogatories and rfps | Beau Duty | $85.0 | 1.2 | $102.00 |
| 10/15/20 | Uploaded Shahettia Williams' consent to join | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 10/16/20 | returned vmails and uploaded disc responses | Beau Duty | $85.0 | 0.8 | $68.00 |
| 10/16/20 | called and followed up with second and third round of rogs clients | Beau Duty | $85.0 | 1.25 | $106.25 |
| 10/19/20 | edited and uploaded discovery for plaintiffs - Ealy, Bass, Swinson, Weaver. Mailed interrogatories and updated tasks. | Beau Duty | $85.0 | 1.1 | $93.50 |
| 10/20/20 | Damages calculations with paystub data from OC | Chris Burks | $275.0 | 4.7 | $1,292.50 |
| 10/21/20 | spoke with charlotte and added to consent to join forms, updated lists and tasks | Beau Duty | $85.0 | 0.45 | $38.25 |
| 10/21/20 | retrieved and added answers to rogs for Judy Kendall and Alfred Mitchell - updated tasks set. | Beau Duty | $85.0 | 0.5 | $42.50 |
| 10/21/20 | Uploaded consent to join for Michael White and LaTorria Boykins to docs from client folder | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 10/22/20 | Added new clients to the master list and discovery tracker | Beau Duty | $85.0 | 0.25 | $21.25 |

| Date | Description | Person | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/22/20 | Uploaded consent to join to file, set task for BWD | Beth Lacy | $75.0 | 0.1 | $7.50 |
| 10/23/20 | RTR filed docs; added to file and emailed to client | Logan Mustain | $150.0 | 0.1 | $15.00 |
| 10/23/20 | uploaded discovery for the round 3 discovery clients | Beau Duty | $85.0 | 1.8 | $153.00 |
| 10/23/20 | RFP and Interrogatory responses for Plaintiffs | Chris Burks | $275.0 | 3.4 | $935.00 |
| 10/23/20 | Final set of CTJs to file with Court | Chris Burks | $275.0 | 0.8 | $220.00 |
| 10/23/20 | talk with potential opt in | Hannah Acred | $85.0 | 0.1 | $8.50 |
| 10/23/20 | Uploaded Bernice Clark and Christopher Davis saved in docs from client 10/23 | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 10/26/20 | RTR filed docs; added to file and emailed to client | Logan Mustain | $150.0 | 0.1 | $15.00 |
| 10/26/20 | added two more plaintiffs to master list. | Beau Duty | $85.0 | 0.25 | $21.25 |
| 10/26/20 | updated tasks to send out discovery to plaintiffs | Beau Duty | $85.0 | 0.25 | $21.25 |
| 10/26/20 | spoke with client regarding ROGs | Beau Duty | $85.0 | 0.25 | $21.25 |
| 10/26/20 | Uploaded Darryl Kind and Donald Leonard consent to join saved in docs from client 10/26 | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 10/27/20 | emailed 20 plaintiffs the discovery propounded by oc | Beau Duty | $85.0 | 1.5 | $127.50 |
| 10/27/20 | updated master list and discovery tracker. Sent a few more Interrogatories to clients | Beau Duty | $85.0 | 0.45 | $38.25 |
| 10/28/20 | Called Curtis Lang regarding his ROG responses. updated the discovery tracker | Beau Duty | $85.0 | 0.25 | $21.25 |
| 10/28/20 | Uploaded charmaine alfred and yamonda ausbie to master list saved in docs from client folder 10/28 | Beth Lacy | $75.0 | 0.2 | $15.00 |
| 10/29/20 | phone call with client cynthia dabadie | Hannah Acred | $85.0 | 0.1 | $8.50 |
| 10/30/20 | spoke with Cynthia D'Abadie regarding possible new claim associated with this matter. | Beau Duty | $85.0 | 0.35 | $29.75 |
| 10/30/20 | spoke with Karron Regarding Rogs | Beau Duty | $85.0 | 0.25 | $21.25 |
| 11/02/20 | spoke with client regarding discovery answers. | Beau Duty | $85.0 | 0.25 | $21.25 |
| 11/02/20 | spoke with client regarding disc | Beau Duty | $85.0 | 0.25 | $21.25 |
| 11/03/20 | Finished up Third Rounds Rogs answers | Beau Duty | $85.0 | 0.45 | $38.25 |

| Date | Description | Person | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/04/20 | updated tasks and repaired CTJ procedure | Beau Duty | $85.0 | 0.35 | $29.75 |
| 11/04/20 | 3rd set of interrogatory responses to OC | Chris Burks | $275.0 | 3.2 | $880.00 |
| 11/06/20 | drafted responses for 7 plaintiffs | Beau Duty | $85.0 | 1.3 | $110.50 |
| 11/09/20 | Completed 8 sets of Rogs and RFPs | Beau Duty | $85.0 | 1.75 | $148.75 |
| 11/09/20 | CTJS filed with Court | Chris Burks | $275.0 | 0.3 | $82.50 |
| 11/10/20 | phone call with opt in plaintiff | Hannah Acred | $85.0 | 0.1 | $8.50 |
| 11/11/20 | RTR filed docs; added to file and emailed to client | Logan Mustain | $150.0 | 0.1 | $15.00 |
| 11/11/20 | added new clients to master list and discovery tracker, emailed the disc propounded by oc to the new clients. | Beau Duty | $85.0 | 0.8 | $68.00 |
| 11/12/20 | updated records of discovery | Beau Duty | $85.0 | 0.25 | $21.25 |
| 11/13/20 | worked on getting answers for additional 7 rogs. | Beau Duty | $85.0 | 1.5 | $127.50 |
| 11/13/20 | finished round 4 rogs and rfps | Beau Duty | $85.0 | 0.4 | $34.00 |
| 11/18/20 | followed up with 5th round of Rogs, edited one of the fourth round rogs per new answers, updated the tasks and spoke with Yolanda regarding EEOC questions. | Beau Duty | $85.0 | 0.8 | $68.00 |
| 11/18/20 | texted Yolanda regarding EEOC | Beau Duty | $85.0 | 0.2 | $17.00 |
| 11/24/20 | Motion for continuance; fourth round of interrogatory responses | Chris Burks | $275.0 | 1.3 | $357.50 |
| 11/25/20 | added Darryl Kings answers to file | Beau Duty | $85.0 | 0.25 | $21.25 |
| 11/29/20 | Fifth round of interrogatory responses | Chris Burks | $275.0 | 3.4 | $935.00 |
| 12/02/20 | followed up with fifth round of rogs clients. | Beau Duty | $85.0 | 0.5 | $42.50 |
| 12/02/20 | RTR filed docs; added to file and emailed to client | Logan Mustain | $150.0 | 0.1 | $15.00 |
| 12/04/20 | Calendared case deadlines from new scheduling order | Logan Mustain | $150.0 | 0.3 | $45.00 |
| 12/21/20 | updated responses for fifth round of discovery | Beau Duty | $85.0 | 0.45 | $38.25 |
| 12/23/20 | RFP responses | Chris Burks | $275.0 | 0.7 | $192.50 |
| 12/30/20 | converted discovery to pdf format | Beau Duty | $85.0 | 0.25 | $21.25 |
| 01/06/21 | RFP and Discovery responses | Chris Burks | $275.0 | 0.5 | $137.50 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/06/21 | received letter from one of the plaintiffs and saved to the file. | Beau Duty | $85.0 | 0.2 | $17.00 |
| 02/01/21 | Production documents saved to Discovery folder for review. | Sara Cowie | $85.0 | 0.2 | $17.00 |
| 02/01/21 | Damages calculations with new data from OC | Chris Burks | $275.0 | 5.1 | $1,402.50 |
| 02/04/21 | Damages calculations for purpose of settlement mediation | Chris Burks | $275.0 | 4.3 | $1,182.50 |
| 02/05/21 | Damage calculations | Chris Burks | $275.0 | 1.1 | $302.50 |
| 02/05/21 | Working on damage calculations for plaintiffs - 103 and bonus pay. | Sara Cowie | $85.0 | 4.0 | $340.00 |
| 02/08/21 | Reviewing payroll records and inputting damages for code 103 in spreadsheet for plaitniffs. | Sara Cowie | $85.0 | 2.0 | $170.00 |
| 02/09/21 | Entering damage calculations on spreadsheet for plaintiffs (103 code for overtime). | Sara Cowie | $85.0 | 2.0 | $170.00 |
| 02/09/21 | Drafting supplemental disclosures for attorney review. | Sara Cowie | $85.0 | 0.45 | $38.25 |
| 02/10/21 | Entering damage calculations (code 103) in spreadsheet for plaintiffs. | Sara Cowie | $85.0 | 0.8 | $68.00 |
| 02/10/21 | Calendaring mediation dates, saving docs to file. | Sara Cowie | $85.0 | 0.1 | $8.50 |
| 02/10/21 | Editing supplemental disclosures. | Sara Cowie | $85.0 | 0.1 | $8.50 |
| 02/10/21 | Damages calculations | Chris Burks | $275.0 | 0.6 | $165.00 |
| 02/10/21 | Calculating total damage calculations for plaintiffs on code 103 violations on spreadsheet. | Sara Cowie | $85.0 | 3.0 | $255.00 |
| 02/10/21 | Completing 103 damage calculations on spreadsheet, email to clients re mediation. | Sara Cowie | $85.0 | 0.8 | $68.00 |
| | | **Time Entries Total:** | | **154.59** | **$27,720.65** |

## Billable Expenses

| Date | Description | Amount |
|---|---|---|
| 07/13/20 | Pacer research | $109.20 |
| 08/27/20 | Mailing of class action notice | $801.90 |
| | **Expenses Total:** | **$911.10** |

## Summary

| | |
|---|---:|
| Retainer(s) Paid: | **$0.00** |
| Total Billable Time: | **$27,720.65** |
| Total Billable Expenses: | **$911.10** |
| Total Applied: | **$0.00** |

Total Retainer Remaining:
or
Total Due: **($28,631.75)**

## Account Summary

Trust Account Balance
$0.00 USD
Non-Trust Retainer Balance
$0.00 USD