IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,**
and **CYNTHIA D'ABADIE,** Individually and on
Behalf of All Others Similarly Situated                          **PLAINTIFFS**

v.                                    No. 4:20-cv-00020-LPR

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                       **DEFENDANT**

## ORDER

Before the Court are the Parties' Joint Motion to Approve Settlement Agreement and Dismiss the Case with Prejudice, and Brief in Support.[1] With the details set forth in the Notice of Time and Costs Records[2] requested by this Court in its Order deferring final approval of the settlement,[3] the Court now approves the settlement as fair and reasonable.

Further, the Court certifies as final a settlement collective composed of the 53 individuals (the three named Plaintiffs plus the 50 opt-in Plaintiffs who were pro-rated) employed by Defendant, who in the three years prior to the commencement of this action, alleged that they worked more than forty hours in a work week and received prorated pay that impacted their overtime pay calculation. The Court also specifically approves the attorneys' fees and costs award of $11,500.00. In so doing, the Court notes that it understands, and conditions its approval of the fees and costs on, the fact that Plaintiffs' counsel is not collecting any additional monies from the Plaintiffs themselves. The Court DISMISSES the case with prejudice. The Court maintains jurisdiction to enforce the settlement.

---

[1] Docs. 33 & 34.
[2] Docs. 36 & 36-1
[3] Doc. 35 (text entry Order)

IT IS SO ORDERED this 9th day of September 2021.

                                                                           LEE P. RUDOFSKY  
                                                                           UNITED STATES DISTRICT JUDGE