IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFFS

v.                              No. 4:20-cv-00020-LPR

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                                     DEFENDANT

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims are DISMISSED with prejudice. The Court retains jurisdiction to enforce the terms of the settlement.

IT IS SO ADJUDGED this 9th day of September 2021.

                                                    LEE P. RUDOFSKY
                                                   UNITED STATES DISTRICT COURT