IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YOLANDA RICHARDS, NORMA L. DIXON,
AND CYNTHIA D'ABADIE,
Individually and on behalf of all others
Similarly situated**                                                     **PLAINTIFFS**

v.            Case No. 4:20-cv-020

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**        **DEFENDANT**

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

COMES NOW Plaintiffs Yolanda Richards, Norma L. Dixon, and Cynthia D'Abadie, individually and on behalf of all others similarly situated, by and through their attorney Chris Burks of WH LAW, and for their Motion to Enforce Settlement Agreement, they hereby state and allege as follows:

1. A settlement agreement was executed by Plaintiffs and Defendant in this matter on July 6, 2021.

2. A Motion to Approval the Settlement Agreement was filed July 9, 2021. Motion, *ECF No. 33*.

3. This Motion was granted by an Order entered September 9, 2021. Order, *ECF No. 37*.

4. An important non-monetary provision of the settlement agreement included that Defendant update its internal handbook and policies on pay proration. Specifically, in section 3.5 of the Agreement: "Further, in all new hire packets and the handbook of policies promulgated and adopted by the PPC, the policy of the process for

new and current employees to opt-out of being paid on a prorated basis if they so desire, without penalty, by executing and returning a written form explaining the prorated pay process *will be written and adopted*. Said policy and the form for it will be in writing and employees will be allowed to opt out of being paid on a prorated basis during a payment election period, prior to each contract year." (emphases added)

5. Plaintiffs' counsel followed-up with Defendant's counsel on the status of these policies on September 29, 2021; October 20, 2021; November 3, 2021; November 24, 2021; December 9, 2021; January 3, 2021; and January 17, 2021.

6. Defendant's counsel has failed to provide any documentation showing that these policy changes have been made as mandated under the settlement agreement.

7. Plaintiff requests that the Court enforce the settlement agreement in Exhibit "A" agreed to by the parties and enter an order mandating Defendant to file proof with the court that these policy changes have been made as mandated under the agreement.

WHEREFORE, the Plaintiff requests that the Court enter an Order enforcing the settlement agreement in Exhibit "A" in addition to any other available relief.

    Respectfully submitted,

    **Yolanda Richards, Norma L. Dixon, and Cynthia D'Abadie, Plaintiffs**

    WH Law | We Help
    1 Riverfront Pl. – Suite 745
    North Little Rock, AR 72114
    (501) 891-6000

By:    */s/ Chris Burks*
       Chris Burks (ABN: 2010207)
       chris@wh.law