**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**YOLANDA RICHARDS, NORMA L. DIXON,
and CYNTHIA D'ABADIE,** *Individually and on*                              **PLAINTIFFS**
***Behalf of All Others Similarly Situated***

v.                                           No. 4:20-cv-00020-LPR

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT                              DEFENDANT**

**RESPONSE TO MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Comes now Pulaski County Special School District ("District" or "PCSSD") by and through Bequette, Billingsley & Kees, P.A. and for its Response to Motion to Enforce Settlement Agreement, states:

1. PCSSD generally admits the allegations in paragraphs 1-4 of the Motion.

2. PCSSD admits that Plaintiffs' counsel has inquired about the status of the non-monetary provisions of the settlement but PCSSD did not ignore the requests, but was finalizing plans to implement the relief under the settlement, and therefore both admits and denies the allegations in paragraphs 5-7 of the motion.

3. Attached as Exbibit 1 is a Pro-Rated Election Form that is provided to every new-hire employee of the District that is paid an hourly rate which outlines the options for the employee to receive hourly pay, and this Form is consistent with the terms of the settlement.

4. Attached as Exhibit 2 is a proposed change to the classified personnel policies that has been presented to the classified personnel policy committee ("CPPC") for review and input, consistent with the requirements of the CPPC law, Ark. Code Ann. § 6-17-2305. Thereafter, the proposed policy will be presented to the PCSSD Board of Directors for approval as part of personnel policies for the 2022-2023 fiscal year. Since the settlement in this case occurred after

this current fiscal year (July 1, 2021) began, the policy change will not be in effect under July 1, 2022.

5.     Accordingly, PCSSD is complying with the non-monetary terms of the settlement and when the PCSSD Board of Directors makes final approval, the minutes will be provided to Plaintiffs' counsel.

WHEREFORE, Pulaski County Special School District prays that the Court deny Plaintiff's Motion to Enforce Settlement Agreement.

>Respectfully submitted,
>
>BEQUETTE, BILLINGSLEY & KEES, P.A.
>425 West Capitol Avenue, Suite 3200
>Little Rock, AR 72201-3469
>Phone: (501) 374-1107
>Fax: (501) 374-5092
>Email: jbequette@bbpalaw.com
>Email: ckees@bbpalaw.com
>
>By:    ***W. Cody Kees***
>         Jay Bequette, Ark. Bar #87012
>         W. Cody Kees, Ark. Bar #2012118
>
>*Attorneys for Defendant*