

**EXHIBIT 1**

PULASKI COUNTY SPECIAL SCHOOL DISTRICT

925 East Dixon Road/P.O. Box 8601
Little Rock, Arkansas 72216
(501) 234-2000

## Pro-Rated Election Form

As an hourly, pro-rate-eligible support staff employee, you have the option to elect to be paid as an hourly, <u>non-pro-rated</u> employee. Please make a selection below by placing your initials on the appropriate line.

_____ I elect to be paid as an hourly, **non-pro-rated** employee. By choosing this option, I understand the following:

- I will be paid only for the hours I work. My checks will be docked for non-work days. This could result in a short pay period and any shortage in deductions would have to be deducted out of my next check.
- I cannot use sick, personal, or other leave on non-contracted days.
- I will receive no pay during summer breaks. Additionally, I will not be eligible for unemployment benefits because I will not be "unemployed."
- Deductions for insurance premiums may be higher since there will be fewer checks for deductions to be held out of (less than 12-month employees).
- <u>This choice is irrevocable and cannot be changed at a later time.</u>

_____ I elect to be paid as an hourly, **pro-rated** employee. By choosing this option, I understand the following:

- Each pay check will represent a portion of my total annual salary, not the hours I actually work. This means I will likely be paid for fewer than my total hours worked during the pay period.
- I will receive regular checks during holidays and breaks throughout the school year. I will also receive summer checks (less than 12-month employees).
- <u>This choice is irrevocable and cannot be changed at a later time.</u>

_____    _____
Signature                                                                                      Date

_____    _____
Print Name                                                                                   Job Title