

<u>Pro-Rate Eligible Employee</u>

1.   As an hourly, pro-rate-eligible support staff employee, you have the option to elect to be paid as an hourly, non-pro-rated employee.

2.  If I elect to be paid as an hourly, non-pro-rated employee, I understand that by choosing this option, the following applies:

    a.  I will be paid only for the hours I work. My checks will be docked for non-work days occurring during the pay period and this could result in a short pay period. Any shortage in deductions will have to be deducted from my next check.

    b.  I cannot use sick, personal, or other leave on these non-contracted days.

    c.  I will not be paid during winter break, spring break or the summer break. Additionally, I will not be eligible for unemployment benefits because I will not be "unemployed."

    d.  Deductions for insurance premiums may be higher since there will be fewer checks for deductions to be held out of (less than 12-month employees).

3.  If I elect to be paid as an hourly, pro-rated employee, I understand that by choosing this option, the following applies:

    a.  Each pay check will represent a portion of my total annual salary, not the hours I actually work. This means I will likely be paid for fewer than my total hours worked during the pay period so money can be held back to pay me for non-contracted days occurring during the pay period when I am not working.

    b.  I will receive regular checks during holidays and breaks throughout the school year. I will also receive summer checks (less than 12-month employees).

4.  I understand that this "one time choice" is irrevocable and cannot be changed at a later time.